PD-0987-15

RECEIVED

JUL 2 4 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

NO._____

IN THE

SECOND COURT OF APPEALS

FORT WORTH,TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

GARRY DWAYNE ALFORD
      APPELLANT

vs.

THE STATE OF TEXAS
      APPELLEE

§
§
§   NO.02-13-00058-CR
§

FILED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

MOTION FOR OUT-OF-TIME PDR

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW,GARRY DWAYNE ALFORD,PETITIONER,HEREIN AND IN SUP-
PORT OF THIS MOTION WILL SHOW THIS HONORABLE COURT THE FOLLOWING:

I.

ON JANUARY 30,2013,PETITIONER WAS FOUND GUILTY BY JURY OF THE OF-
FENSE OF POSSESSION OF A CONTROLLED SUBSTANCE,NAMELY COCAINE AND
SENTENCED TO FIFTY-FIVE (55) YEARS IN THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE ON FEBRUARY 4,2013.

II.

UPON APPELLANTS INCARCERATION HIS HEALTH ISSUES LIMITED HIM FROM
ATTENDING LAW LIBRARY SESSIONS AND MEETING SUCH DEADLINES OF THE
COURTS. APPELLANT HAS BEEN DIAGNOSED WITH CANCER.

III.

UNDER NEWLY DISCOVERED EVIDENCE APPELLANT HAS COME ACROSS SOME
SOUND REASONS SHOWING INEFFECTIVE ASSISTANCE OF COUNSEL.FOR THESE
REASONS STATED ABOVE APPELLANT RESPECTFULLY REQUEST AN OUT-OF-
TIME PDR.

WHEREFORE,PREMISES,CONSIDERED,APPELLANT PRAYS THIS HONORABLE COURT GRANTS THIS MOTION FOR AN OUT-OF-TIME PDR ALLOWING PETITIONER THE CHANCE TO RAISE HIS ISSUES OF CONCERN. IT IS SO PRAYED.

RESPECTFULLY REQUESTED,

GARRY D.ALFORD #1837445
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO,TEXAS 79107

## CERTIFICATE OF SERVICE

I,GARRY DWAYNE ALFORD.DO DECLARE THAT A TRUE AND CORRECT COPY OF THIS FOREGOING MOTION HAS BEEN SENT TO CHARLES MALLIN,ASSISTANT DISTRICT ATTORNEY AT TARRANT COUNTY DISTRICT ATTORNEY S OFFICE, 401 WEST BELKNAP,FORT WORTH,TEXAS 76196 BY PLACING THE SAME IN THE U.S.MAIL,POSTAGE PREPAID,FIRST CLASS.

EXECUTED ON THIS THE 21 DAY OF JULY 2015.

GARRY D.ALFORD #1837445